UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY J. JACKSON
    Petitioner,
v.                                                      Case No. 3:23-cv-4674/LC/MAL

WARDEN JOHN GABBY,
F.C.I. TALLAHASSEE

    Respondent.
_____/

**ORDER**

This case is before me on the magistrate judge's Report and Recommendation entered on February 28, 2024 (ECF No. 17). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is DISMISSED.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 8th day of April, 2024.

        s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**